IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-50233
Summary Calendar
_____


LAWRENCE EDWARD THOMPSON,

Plaintiff-Appellant,

versus

JACK D. KYLE, ET AL.,

Defendants-Appellees,

_____

Appeal from the United States District Court for the
Western District of Texas
USDA No. CA-A-93-669
_____

January 17, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Thompson appeals the grant of summary judgment in favor of the

defendants in his action under 42 U.S.C. § 1983.  Thompson asserted

that the district court did not give him adequate notice before

entering summary judgment; that the magistrate judge should have

been disqualified for personal bias; and that there were genuine

issues for trial concerning denial of his parole, the

constitutionality of parole policies in general, and his claims of

_____

[*]  Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

retaliation. We have reviewed the record and the district court's opinion and find no reversible error.

Further, we find that Thompson's appeal is frivolous, and accordingly, we DISMISS it pursuant to 5th Cir. R. 42.2. Thompson was warned in <u>Thompson v. Jackson</u>, No. 94-40956 (5th Cir. Aug. 10, 1995) that filing future frivolous appeals would result in disciplinary sanctions. Accordingly, Thompson is BARRED from filing any <u>pro</u> <u>se</u>, <u>in</u> <u>forma</u> <u>pauperis</u>, civil appeal this court, or any <u>pro</u> <u>se</u>, <u>in</u> <u>forma</u> <u>pauperis</u>, initial civil pleading in any court that is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Thompson, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.